IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **PHILIP EMERSON,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | Civil Action No. 6:21-cv-240 |
| | § | |
| **JERRY PARKER; JANAE HOLLAND;** | § | |
| **HOLLY LAKE RANCH ASSOCIATION,** | § | |
| **INC.; and ANGELA ALBERS,** | § | |
| | § | |
| *Respondents*. | § | |

**RESPONDENT ANGELA ALBERS' MOTION TO SUBSTITUTE COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Angela Albers, Respondent in the above-styled and -referenced cause, and files this her Motion to Substitute Counsel, and would respectfully show unto the Court as follows:

Respondent is currently represented by David Iglesias of Iglesias Law Firm, PLLC.  Ms. Albers respectfully requests that the Court permit the aforementioned attorney withdraw from his representation and substitute Robert Davis of Flowers Davis, PLLC, as her counsel for all purposes of this litigation.  Robert Davis' contact information is as follows:

Robert S. Davis
Flowers Davis, P.L.L.C.
1021 ESE Loop 323, Suite 200
Tyler, Texas 75701
(903) 534-8063
(903) 534-1650 Facsimile
State Bar No. 05544200
rsd@flowersdavis.com

WHEREFORE, PREMISES CONSIDERED, Respondent Angela Albers respectfully requests that the Court grant her Motion to Substitute Counsel, and for any other relief, at law or in equity, to which she may show herself to be justly entitled.

        Respectfully submitted,

        */s/ David Iglesias*
        **David Iglesias**
        State Bar No. 24051733
        david@iglesiaslawfirm.com
        Lead Attorney

        **IGLESIAS LAW FIRM, PLLC**
        605 Chase Drive, Suite 8
        Tyler, Texas 75701
        Telephone: (903) 944-7185
        Facsimile: (903) 630-5338

        *Dallas Office*
        1412 Main Street, Suite 608
        Dallas, Texas 75202

        **COUNSEL FOR RESPONDENT, ANGELA ALBERS**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), Respondent is not required to confer with pro se Petitioner regarding his position on this Motion.

        */s/ David Iglesias*
        David Iglesias

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2023, a copy of the foregoing was served upon Pro Se Plaintiff by certified U.S. mail, returned receipt requested, at the following address:

**_Via CMRRR: 9414 8361 0426 2539 7360 47_**
Mr. Philip Emerson
112 Read Leaf Lane
Holly Lake Ranch, Texas 75765

_____
David Iglesias