IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **PHILIP EMERSON,** | § § § | |
| *Petitioner*, | § § | |
| v. | § § | Civil Action No. 6:21-cv-240 |
| **JERRY PARKER; JANAE HOLLAND; HOLLY LAKE RANCH ASSOCIATION, INC.; and ANGELA ALBERS,** | § § § § § | |
| *Respondents*. | § § § | |

## ORDER

CAME ON this day for consideration Respondent Angela Albers' Motion to Substitute Counsel. The Court, after considering the pleadings, the arguments of counsel, and the applicable law, is of the opinion that such Motion is well-taken and should be granted. It is therefore ORDERED that Robert Davis of Flowers Davis, PLLC, is substituted as counsel for Respondent Angela Albers. David Iglesias no longer represents Respondent Angela Albers in this litigation.